# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133615

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

JOHNNIE LAMAR WITHERSPOON,
Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133615
COA: 264711
Saginaw CC: 04-024025-FC

On order of the Court, the application for leave to appeal the March 1, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

l0723